FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 26, 2022

SEAN F. McAVOY, CLERK

# CHARGES AND PENALTIES

**CASE NAME:** John I. Sanger  **CASE NO.** 2:22-MJ-00126-JAG

TOTAL # OF COUNTS: 1   ✓ FELONY   ☐ MISDEMEANOR   ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 371 | Conspiracy to Commit Theft of Government Property and Possession of Stolen Ammunition | CAG not more than 5 years; a fine not to exceed $250,000; not more than 3 years supervised release; and a $100 special penalty assessment. |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |