AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**May 10, 2022**

SEAN F. McAVOY, CLERK

United States of America
v.
JONAH PIERCE

Case No. 2:22-CR-52-TOR-5

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JONAH PIERCE,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 Conspiracy to Commit Theft of Government Property and Possession of Stolen Ammunition
18 U.S.C. §§ 922(j), 924(a)(2) Possession of Stolen Ammunition
18 U.S.C. § 641 Receiving Stolen Government Property

Date: May 03, 2022, 3:41 pm

*Issuing officer's signature*

City and state: Spokane, Washington

Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

### Return

This warrant was received on *(date)* 5/3/22, and the person was arrested on *(date)* 5/6/22
at *(city and state)* Spokane, WA

Date: 5/6/22

Arrested within the E/WA
By: FBI
(Agency)  *Arresting officer's signature*
Executed On: 5/10/22
Sign: [signature] USMS
*Printed name and title*