AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 10, 2022

SEAN F. MCAVOY, CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| AUSTIN LIMACHER | ) | Case No.  2:22-CR-52-TOR-6 |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     AUSTIN LIMACHER     ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 Conspiracy to Commit Theft of Government Property and Possession of Stolen Ammunition
18 U.S.C. §§ 922(j), 924(a)(2) Possession of Stolen Ammunition
26 U.S.C. §§ 5841, 5845(a), 5861(d), 5871 Possession of an Unregistered Firearm
18 U.S.C. § 641 Receiving Stolen Government Property

Date: May 03, 2022, 3:41 pm

*Issuing officer's signature*

City and state:  Spokane, Washington

Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 5/3/22 , and the person was arrested on *(date)* 5/6/22
at *(city and state)* Spokane, WA

Date: 5/6/22

Arrested within the E/WA
By: FBI
(Agency)Arresting officer's signature
Executed On: 5/6/22
Sign: Reagan R. Havey, USMS
*Printed name and title*