FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 07, 2022

SEAN F. McAVOY, CLERK

# CHARGES AND PENALTIES

**CASE NAME:** John I. Sanger    **CASE NO.** 2:22-CR-52-TOR-1

TOTAL # OF COUNTS: 5    ✓ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 371 | Conspiracy to Commit Theft of Government Property and Possession of Stolen Ammunition | CAG not more than 5 years; a fine not to exceed $250,000; not more than 3 years supervised release; and a $100 special penalty assessment |
| 2,3,4 | 18 U.S.C. §§ 922(j), 924(a)(2) | Possession of Stolen Ammunition | CAG not more than 10 years; a fine not to exceed $250,000; not more than 3 years supervised release; and a $100 special penalty assessment |
| 10 | 26 U.S.C. §§ 5841, 5845(a), 5861(d), 5871 | Possession of an Unregistered Firearm | CAG not more than 10 years; a fine not to exceed $250,000; not more than 3 years supervised release; and a $100 special penalty assessment |
|  | 18 U.S.C. § 924, 49 U.S.C. § 80303, 26 U.S.C. § 5872, 28 U.S.C. § 2461 | Notice of Forfeiture Allegations |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |