FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 07, 2022

SEAN F. MCAVOY, CLERK

# CHARGES AND PENALTIES

**CASE NAME:** Austin Limacher    **CASE NO.** 2:22-CR-52-TOR-6

TOTAL # OF COUNTS: 4    ☑ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 371 | Conspiracy to Commit Theft of Government Property and Possession of Stolen Ammunition | CAG not more than 5 years; a fine not to exceed $250,000; not more than 3 years supervised release; and a $100 special penalty assessment |
| 9 | 18 U.S.C. §§ 922(j), 924(a)(2) | Possession of Stolen Ammunition | CAG not more than 10 years; a fine not to exceed $250,000; not more than 3 years supervised release; and a $100 special penalty assessment |
| 12 | 26 U.S.C. §§ 5841, 5845(a), 5861(d), 5871 | Possession of an Unregistered Firearm | CAG not more than 10 years; a fine not to exceed $250,000; not more than 3 years supervised release; and a $100 special penalty assessment |
| 16 | 18 U.S.C. § 641 | Receiving Stolen Government Property | CAG not more than 10 years; a fine not to exceed $250,000; not more than 3 years supervised release; and a $100 special penalty assessment |
| | 18 U.S.C. § 924, 49 U.S.C. § 80303, 26 U.S.C. § 5872, 28 U.S.C. § 2461 | Notice of Forfeiture Allegations | |
| | | | |
| | | | |