# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.   2:22-CR-0052-TOR-2 |
| Plaintiff, | **CRIMINAL MINUTES** |
| vs. | **DATE:   6/22/2023** |
| ERIC A EAGLETON, | **LOCATION:   Spokane** |
| Defendant. | **SENTENCING** |

| **JUDGE THOMAS O. RICE** | | |
|---|---|---|
| Linda Hansen | LC 01 | Crystal Hicks |
| **Courtroom Deputy** | **Law Clerk**               **Interpreter** | **Court Reporter** |
| Patrick J Cashman | | David M Miller |
| **Government Counsel** | | **Defense Counsel** |

**[ X ] Open Court**                    **[ X ] US Probation Officer:**  Shawn Kennicutt

Defendant present and not in custody.

Pat Cashman provided sentencing recommendations on behalf of the Government. An original, signed Plea Agreement Addendum Re: Abandonment was presented for filing.

David Miller advised that he has reviewed the Presentence Report with the Defendant and discussed outstanding objections with the Court.   The Court overruled the objections.   Mr. Miller stands on the pleadings and motions filed in the matter.

The defendant addressed the Court on his own behalf.

Yvonne and David Eagleton addressed the Court on the Defendant's behalf.

Mr. Miller addressed the Court on behalf of the Defendant.

The Court adopted the Presentence Report without change.

The Court addressed the defendant and pronounced sentence.

**Imprisonment**:   6 months

**Supervised Release**:  2 years

Page 2                              USA v Eagleton   2:22-CR-052-TOR-2                    Sentencing

**Fine**:   $1,000.00

**Special Penalty Assessment**:   $100.00

All remaining counts are dismissed on motion by the Government.

Appeal rights waived in the Plea Agreement.

Defendant will be allowed to self-report for service of his sentence; and shall surrender to the US Marshal as directed by the US Marshal.

| CONVENED:  9:02 AM | ADJOURNED:  9:17 AM | TIME: 15 MINS | [  ] ORDER FORTHCOMING |
|---|---|---|---|