Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Patrick J. Cashman
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

                              Plaintiff,

            v.

JONAH PIERCE,

                              Defendant.

2:22-CR-00052-TOR-5

United States' Sentencing
Memorandum

        Plaintiff, United States of America, by and through Vanessa R. Waldref, United

States Attorney for the Eastern District of Washington, Patrick J. Cashman, Assistant

United States Attorney for the Eastern District of Washington, respectfully submits

the following Sentencing Memorandum. The United States recommends the Court

sentence the Defendant to a term of 6 months imprisonment, followed by a 1 year

term of supervised release. The United States' sentencing recommendation is a

reasonable sentence that is no greater than necessary to meet the interests of federal

sentencing principles.

//

//

//

United States' Sentencing Memorandum - 1

# I.    Background

The United States relies on the facts provided in the plea agreement and the United States Probation Office's (USPO) Pre-Sentence Investigation Report (PSIR) and Addendum. (ECF Nos. 182, 211, 212). The United States reserves the ability to present additional facts as necessary at the sentencing hearing to address any of the Court's concerns.

# II.    Base Offense Level & Enhancements

The United States concurs with the USPO's calculation of an adjusted offense level of 10. ECF No. 211, ¶130. The United States further concurs the Defendant's Criminal History Category is a I. *Id*. Accordingly, the Defendant's advisory guideline range is properly calculated at 6 to 12 months. *Id.*

# III.    Defendant's PSIR Objections

The parties did not file objections to the PSIR.

# IV.    Departures

The United States submits a downward departure or variance is not warranted in this case.

# V.    18 U.S.C. § 3553(a)

When applying the 18 U.S.C. § 3553(a) factors, a sentence of 6 months imprisonment, followed by 1 year of supervised release is appropriate. The United States submits such a sentence is fair and no greater than necessary to satisfy the interests of federal sentencing principles.

a.  Nature, Circumstances, and Seriousness of the Offense:

The nature and circumstances of this case warrant a punitive sentence. It is without a doubt the Defendant's acts were serious and egregious. The Defendant used his position to obtain a significant amount of military ammunition and other government property for his own personal use. The Defendant's actions undermined the good order and discipline of the force and seriously impacted the image of the United States Air Force to the public. The actions of the Defendant, and his co-

Defendants, undermined the trust and confidence the taxpayers place in our servicemembers. In short, the Defendant's greed was not limited to simply impacting the ammunition stores of his unit but hurt the image and stature the United States Air Force as a whole in the eyes of the public. The nature, circumstances, and seriousness of this offense warrants a sentence of 6 months.

Accordingly, when considering the totality of the nature, circumstances, and seriousness of the Defendant's actions, a punitive sentence is reasonable and appropriate to reflect the gravity of the Defendant's criminal acts.

b. Characteristics and Criminal History of Defendant:

The Defendant has no criminal history aside from the current conviction. The Defendant also had previously served in the United States Air Forces until his arrest on these criminal offenses. As a result of this conviction, he was or will be administratively separated from the United States Air Force with an other than honorable characterization of service.

c. Public Safety, Deterrence, and Consistency of Sentences:

Again, the United States notes a serious sentence that is reflective of the nature and egregiousness of the Defendant's actions is warranted. Moreover, the Defendant has received a substantial benefit from the United States with his plea to a misdemeanor offense. The United States recommends six months incarceration because co-Defendant Eric Eagleton, who plead guilty to a felony offense, received a sentence of six months.

//
//
//
//
//
//
//

United States' Sentencing Memorandum - 3

d.  Rehabilitation and Programming:

A sentence of one year supervised release is further appropriate as it will provide the Defendant the ability to utilize resources for vocational training and treatment.

Dated:  June 22, 2023.

Vanessa R. Waldref
United States Attorney

*s/ Patrick J. Cashman*
Patrick J. Cashman
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Bryan Whitaker

*s/ Patrick J. Cashman*
Patrick J. Cashman
Assistant United States Attorney